```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


RASHEED B. WATERS              :     CIVIL ACTION
                               :
      v.                       :
                               :
DETECTIVE JOHN BARR, et al.    :     NO. 13-672
```

ORDER

AND NOW, this 29th day of June, 2015, whereas the Court placed this case in suspense on March 13, 2013, until the plaintiff informed the Court of the status of his criminal case, including any available appellate proceedings; and whereas the Court's staff contacted the last known facility at which the plaintiff was incarcerated and was told that the plaintiff was released on January 29, 2014, to a "holding authority" and they do not have any other information concerning his release; and whereas the Court has not been contacted by the plaintiff; IT IS HEREBY ORDERED that this case is DISMISSED for failure to prosecute.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.